**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUL 21 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 21-50063 |
| Plaintiff-Appellee, | D.C. No. 8:19-cr-00060-DOC-1 Central District of California, Santa Ana |
| v. | |
| HENRY MAURISS, AKA Henry Mauriss III, AKA Henry Morriss III, | ORDER |
| Defendant-Appellant. | |

Before: SCHROEDER, SILVERMAN, and MURGUIA, Circuit Judges.

Appellant's motion to maintain this appeal under seal (Docket Entry No. 2) is denied. *See* 9th Cir. R. 27-13(a). The parties must file publicly all further motions, briefs, or other documents, or submit a motion to seal pursuant to Ninth Circuit Rule 27-13.

Either party may file a motion to maintain under seal prior filings in this appeal within 21 days of this order. The motion must provide specific reasons for sealing the document in this court, describe the potential for irreparable injury absent sealing, and limit the request for sealing to the specific documents or portions of documents that merit sealing. *See* 9th Cir. R. 27-13(e).

The Clerk will maintain this appeal under seal until the expiration of the 21-day period. Any filing subject to a timely motion to seal will remain under seal

while the motion is pending. If no motion to maintain prior filings under seal is filed, the Clerk will unseal all filings in this appeal.

Appellee's motion to strike (Docket Entry No. 3) is denied.