No. 21-50063

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff-Appellee, | ) |
| | ) |
| v. | ) |
| | ) |
| HENRY MAURISS | ) |
| | ) |
| Defendant-Appellant. | ) |
| | ) |

_____

**APPELLANT HENRY MAURISS'S REQUEST TO SUBMIT SEALED DOCUMENT**

_____

Appeal from the United States District Court
for the Central District of California

No. 8:19-cr-0060-DOC
Honorable David O. Carter, United States District Judge

> BECKY S. JAMES (CA Bar # 151419)
> E-mail: BJames@dykema.com
> LISA M. BURNETT (CA Bar #324293)
> E-mail: LMBurnett@dykema.com
> DYKEMA GOSSETT LLP
> 333 S. Grand Ave., Suite 2100
> Los Angeles, CA 90071
> Telephone: (213) 457-1800
>
> Attorney for Defendant-Appellant
> **HENRY MAURISS**

Pursuant to Ninth Circuit Local Rule 27-13(e), Defendant-Appellant Henry Mauriss, by and through his undersigned counsel of record, hereby requests leave to file under seal his Motion to Maintain Documents Under Seal, for the reasons discussed therein.

Dated: August 11, 2021 　　　　　　　DYKEMA GOSSETT LLP

　　　　　　　　　　　　　　　　　　By: /s/ Becky S. James

　　　　　　　　　　　　　　　　　　　　Becky S. James
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant-Appellant
　　　　　　　　　　　　　　　　　　　　HENRY MAURISS

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 15. Certificate of Service for Electronic Filing

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form15instructions.pdf

**9th Cir. Case Number(s)** 21-50063

I hereby certify that I electronically filed the foregoing/attached document(s) on this date with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit using the Appellate Electronic Filing system.

**Service on Case Participants Who Are Registered for Electronic Filing:**

[X] I certify that I served the foregoing/attached document(s) via email to all registered case participants on this date because it is a sealed filing or is submitted as an original petition or other original proceeding and therefore cannot be served via the Appellate Electronic Filing system.

**Service on Case Participants Who Are NOT Registered for Electronic Filing:**

[ ] I certify that I served the foregoing/attached document(s) on this date by hand delivery, mail, third party commercial carrier for delivery within 3 calendar days, or, having obtained prior consent, by email to the following unregistered case participants *(list each name and mailing/email address)*:

**Description of Document(s)** *(required for all documents)*:

Request to Submit Sealed Document; Motion to Maintain Documents Under Seal

**Signature** s/Becky S. James    **Date** August 11, 2021

*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at* forms@ca9.uscourts.gov